**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARSHA GAIL VOSBURGH-AUSTIN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL J. ASTRUE** | : | **NO. 09-3263** |

## ORDER

**AND NOW**, this 13th day of September, 2010, upon consideration of the plaintiff's Request for Review (Document No. 13), the defendant's response (Document No. 16), the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport (Document No. 19), the lack of any objection to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1.      The Magistrate Judge's Report is **APPROVED** and his Recommendation is **ADOPTED**;

2.      The plaintiff's Request for Review is **GRANTED IN PART** and **DENIED IN PART**; and

3.      This case is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation, pursuant to the fourth sentence of 42 U.S.C. § 405(g).


                                             s/Timothy J. Savage
                                        TIMOTHY J. SAVAGE,  J.